JRM/CSM/rmn                    8465-8001                    Firm I.D. #06347

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JESSIE ROCIO and CLAUDIA ROCIO, | ) | |
| | ) | **FILED: JUNE 19, 2008** |
| Plaintiffs, | ) | **08CV3526** |
| | ) | **JUDGE GETTLEMAN** |
| VS. | ) Case No. | **MAGISTRATE JUDGE DENLOW** |
| | ) | **AEE** |
| | ) | (Circuit Court of Cook County |
| PARSEC, INC., an Ohio Corporation, | ) | Case No. 08 L 005457) |
| by and through its authorized agents | ) | |
| and employees, | ) | |
| Defendant. | ) | JURY DEMANDED |

### NOTICE OF REMOVAL

Defendant, Parsec, Inc., hereby files its timely Notice of Removal of this civil action to this Court from the Circuit Court of Cook County, Law Division, Illinois, Case No. 08 L 005457, for the following reasons:

1.   This case is properly removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441 because it is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest, and is between citizens of different states.

2.   This action was filed in the Circuit Court of Cook County, Illinois, on May 19, 2008. A copy of the Complaint is attached hereto and incorporated herein as Defendant's Exhibit A. The sole Defendant was served with the summons and complaint on May 22, 2008. A copy of the Proof of Service is attached hereto and incorporated herein as Defendant's Exhibit B. This Notice is filed within 30 days after service of the complaint on the Defendant and, thus, this Notice is timely. The Defendant attaches to this Notice copies of all process, pleadings and orders that have been served on it, consisting of Exhibits A and B.

3. The Defendant believes in good faith that there is reasonable probability that the amount in controversy exceeds $75,000.00, exclusive of interest and costs. The Complaint alleges that Plaintiff Jesse Rocio was attempting to deliver the container on his truck to the rail yard; that Mr. Rocio was in his truck; and that the Defendant caused the truck, with Mr. Rocio inside, to be lifted ten feet and then dropped to the ground. The Complaint alleges that Plaintiff Jesse Rocio seeks in excess if $50,000.00 for his own personal and pecuniary injuries, including but not limited to medical bills and lost wages. The Complaint further alleges that Plaintiff Claudia Rocio seeks in excess of $50,000.00 for her own loss of consortium.

4. There is complete diversity between the parties. The Complaint alleges that, at the time the action was commenced and since then, the Plaintiffs were and are citizens of the County of Cook, State of Illinois. Whereas, at the time the action was commenced and since then, the Defendant was and is a corporation organized and existing under the laws of the State of Ohio with its principal place of business in Cincinnati, Ohio.

5. Therefore, removal is proper and the Defendant respectfully requests that this matter be removed pursuant to 28 U.S.C. §§ 1332 and 1441.

WHEREFORE, the Defendant Parsec, Inc. files its Notice of Removal and petitions this Court for removal of this civil action from the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois, Eastern Division for all further proceedings in this matter and/or for any further relief deemed appropriate.

Respectfully submitted,

By /s/ Joseph R. Marconi
Attorney for Defendant

Joseph R. Marconi
Charlene S. Mitchell
JOHNSON & BELL, LTD.

33 West Monroe, Suite 2700
Chicago, IL 60603
312/372-0770

| | |
|---|---|
| STATE OF ILLINOIS | ) |
|  | )   SS |
| COUNTY OF COOK | ) |

Charlene S. Mitchell, being first duly sworn on oath, deposes and says that:

1. Charlene S. Mitchell is one of the attorneys for the Defendant-Petitioner in this cause.

2. Charlene S. Mitchell has prepared and read the Notice of Removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the Notice of Removal are true and correct.

By /s/ Charlene Mitchell
Attorney for Defendant

SUBSCRIBED AND SWORN to before
me this 18th day of June, 2008.

/s/ Rose Nielsen
Notary Public

"OFFICIAL SEAL"
ROSE NIELSEN
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 04/19/2010

Joseph R. Marconi
Charlene S. Mitchell
JOHNSON & BELL, LTD.
33 West Monroe, Suite 2700
Chicago, IL 60603
312/372-0770

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served by Mail | 2321 - Served by Mail | |
| 2420 - Served by Publication | 2421 - Served by Publication | (Rev. 3/21/95) |
| SUMMONS | ALIAS - SUMMONS | CCG-1 |

5/22/08 1:30 a.m.

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Jorge & Claudia Rocio, )
)
      Plaintiffs, )
)
v. )  No.  2008L005457
)  CALENDAR/ROOM C
Parsec, Inc., )  TIME 00:00
)  AI Other
)  **PLEASE SERVE:**
)  Parsec, Inc.
)  c/o CT Corporation System
)  208 S. LaSalle - Suite 814
      Defendant. )  Chicago, IL 60604

## SUMMONS

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

This summons must be returned by the officer or other person to whom it is given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

| | |
|---|---|
| There will be a fee of $188.00 to file your Appearance, or you may present an Application to Sue or Defend as a Poor Person (form #CCG-19). If approved by the Presiding Judge, the fee will be waived. | MAY 19 2008<br>WITNESS,........................................................., 20......<br><br>........................DOROTHY BROWN........................<br>Clerk of the Court |

**COGAN & McNABOLA, P.C.**
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
312-629-2900
ATTY No. 29365
**Service by Facsimile Transmission: 312-629-2916

Date of Service:............................................., 20......
(To be inserted by officer on copy left with Defendant or other person)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**



DEFENDANT'S EXHIBIT A

EWM:gtm          8n-35                                                    #29365

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JESSE ROCIO and CLAUDIA ROCIO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. |
| ) | |
| PARSEC, INC., an Ohio Corporation, by and ) | |
| through its authorized agents and employees, ) | **_JURY DEMAND_** |
| ) | |
| ) | |
| Defendant. ) | |

### *COMPLAINT AT LAW*

NOW COME the plaintiffs, JESSE ROCIO and CLAUDIA ROCIO, by and through their attorneys, COGAN & MCNABOLA, P.C., and complaining of the defendant, PARSEC, INC., (Hereinafter "PARSEC"), an Ohio Corporation, by and through its authorized agents and employees, and state as follows:

### *COUNT I - NEGLIGENCE*

1.   That on and before September 7, 2006, defendant, PARSEC, was a corporation organized and existing pursuant to the laws of the State of Ohio and was doing business in Illinois at the BNSF rail yard located at 27236 Baseline Road, in the Village of Elwood, County of Will, State of Illinois.

2.   That on and before September 7, 2006, defendant, PARSEC, employed certain individuals who were at all relevant times the agents, servants or employees of PARSEC.

3.   On March 8, 2005, defendant, PARSEC, by and through its authorized agents and

1

employees, owned and operated a crane and said defendant was responsible for removing containers from trucks at the BNSF rail yard located at 27236 Baseline Road in the Village of Elwood, County of Will, State of Illinois.

4. On September 7, 2006, the plaintiff, JESSE ROCIO, was a truck driver and was attempting to deliver the container on his truck to the above referenced BNSF rail yard located at Village of Elwood, County of Will, State of Illinois.

5. On September 7, 2006, plaintiff, JESSE ROCIO, pulled his truck in line with the crane being operated by the defendant, PARSEC, by and through its authorized agents and employees, to have the container removed from the truck when the defendant, PARSEC, by and through its authorized agents and employees, without warning to the plaintiff, JESSE ROCIO, lifted the truck being operated by the plaintiff, JESSE ROCIO, approximately ten (10) feet and dropped the truck to the ground.

6. At all times relevant, the defendant, PARSEC, by and through its authorized agents and employees, owed a duty of reasonable care to members of the public including the plaintiff, JORGE RECIO, in the operation of a crane.

7. On September 7, 2006, the defendant, PARSEC, by and through its authorized agents and employees, was negligent in one or more of the following respects:

    a. Carelessly and negligently failed to provide notice to plaintiff, JESSE ROCIO, that they intended to lift the truck;

    b. Carelessly and negligently failed to determine if anyone, including the plaintiff, JESSE ROCIO, had entered the truck prior to lifting said truck with the crane;

    c. Carelessly and negligently lifted the truck from the ground with the crane;

2

      d.      Carelessly and negligently dropped the truck from the crane;

      e.      Carelessly and negligently failed to give any audible warning to the plaintiff before picking up or dropping the truck;

      f.      Was otherwise careless and/or negligent in the operation of the crane.

8.      As a proximate result of one or more of the aforesaid negligent acts and/or omissions of the defendant, PARSEC, by and through its authorized agents and employees, the plaintiff, JESSE ROCIO, suffered injuries of a personal and pecuniary nature, including, but not limited to medical bills and lost wages.

9.      At the time of the occurrence and subsequent thereto, plaintiff, JESSE ROCIO, resided and continues to reside in the City of Crestwood, County of Cook, State of Illinois.

WHEREFORE, plaintiff, JESSE ROCIO, demands judgment against the defendants, defendant, PARSEC, INC., an Ohio Corporation, by and through its authorized agents and employees, in a sum in excess of FIFTY THOUSAND ($50,000.00) AND 00/100 DOLLARS.

## *COUNT II - LOSS OF CONSORTIUM*

NOW COMES the plaintiff, CLAUDIA ROCIO, by and through her attorneys, COGAN & MCNABOLA, P.C., and complaining of the defendant, PARSEC, INC., an Ohio Corporation, by and through its authorized agents and employees, and states as follows:

1-8.      Plaintiff, CLAUDIA ROCIO, repeats and realleges Paragraphs one (1) through eight (8) of Count I as if fully set forth herein as Paragraphs one through eight of Count II.

9.      At all relevant times herein mentioned, the plaintiff, CLAUDIA ROCIO, was the legal spouse of JESSE ROCIO.

10.      As a proximate result of the aforesaid negligent acts and/or omissions of the

defendants, PARSEC, INC., an Ohio Corporation, by and through its authorized agents and employees, the plaintiff, CLAUDIA ROCIO, suffered a loss of consortium including but not limited to a loss of love, society, affection, relationship and companionship with her spouse, JESSE ROCIO.

11. At the time of the occurrence and subsequent thereto, plaintiff, CLAUDIA ROCIO, resided and continues to reside in the City of Crestwood, County of Cook, State of Illinois.

WHEREFORE, the plaintiff, CLAUDIA ROCIO, demands judgment be entered against the defendant, PARSEC, INC., an Ohio Corporation, by and through its authorized agents and employees, in an amount in excess of the jurisdictional amount of FIFTY THOUSAND ($50,000.00) AND 00/100 DOLLARS.

_____
Attorney for Plaintiffs

Edward W. McNabola, Esq.
**COGAN & MCNABOLA, P.C.**
55 West Wacker Drive - 9th Floor
Chicago, Illinois 60601
(312) 629-2900
Attorney No.29365

4

EWM:gtm      8n-35      #29365

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| JESSE ROCIO and CLAUDIA ROCIO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| PARSEC, INC., an Ohio Corporation, by and through its authorized agents and employees, | ) | **_JURY DEMAND_** |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT

I, Edward McNabola, the affiant on oath, states:

The total of money damages sought in this matter does exceed $50,000.

_____

SUBSCRIBED AND SWORN TO
before me this ___ day of April, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
GREGORY T. MARSHALL
NOTARY PUBLIC, STATE OF ILLINOIS
EXPIRES 8-16-2010

5

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
05/22/2008
CT Log Number 513456147

| | |
|---|---|
| **TO:** | RICHARD J ERICKSON<br>Frost Brown Todd LLC<br>201 East 5th Street, 2200 PNC Center<br>Cincinnati, OH 45202 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | PARSEC, INC. (Domestic State: OH) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Jesse Rocio and Claudia Rocio, Pltfs. vs. Parsec, Inc., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Affidavit(s) |
| **COURT/AGENCY:** | Cook County Circuit Court - Cook County Department - Law Division, IL<br>Case # 2008L005457 |
| **NATURE OF ACTION:** | Employee Litigation - Personal Injury - 09/07/06 - 27236 Baseline Road, Elmwood IL |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/22/2008 at 13:20 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Edward W. McNabola<br>Cogan & McNabola, P.C.<br>55 West Wacker Drive<br>9th Floor<br>Chicago, IL 60601<br>312-629-2900 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 791072667606 |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Tawana Carter<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>312-345-4336 |

Page 1 of 1 / LV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



DEFENDANT'S EXHIBIT B

JRM/CSM/rmn     8465-8001     Firm I.D. #06347

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JESSIE ROCIO and CLAUDIA ROCIO, ) | | |
| ) | | **FILED: JUNE 19, 2008** |
| Plaintiffs, ) | | **08CV3526** |
| ) | | |
| VS. ) | Case No. | **JUDGE GETTLEMAN** |
| ) | | **MAGISTRATE JUDGE DENLOW** |
| ) | | **AEE** |
| PARSEC, INC., an Ohio Corporation, ) | (Circuit Court of Cook County | |
| by and through its authorized agents ) | Case No. 08 L 005457) | |
| and employees, ) | | |
| Defendant. ) | JURY DEMANDED | |

## NOTICE OF FILING – NOTICEOF REMOVAL

TO:    Edward McNabola
           Cogan & McNabola, P.C.
           55 West Wacker Drive
           9th Floor
           Chicago, IL  60601

**PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed with the United States District Court for the Northern District of Illinois, Eastern Division, as Case No. _____ on June 19, 2008.  A copy of the Notice of Removal has also been filed with the Clerk of the Circuit Court of Cook County, Law Division on June 19, 2008.  A copy of the Notice of Removal is attached hereto.

           Respectfully submitted,

           JOHNSON & BELL, LTD.,

           By:    /s/Joseph R. Marconi
                  Joseph R. Marconi, One of the
                  Attorneys for Parsec, Inc.

JOSEPH R. MARCONI
JOHNSON & BELL, LTD.,
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Telephone:  (312) 0770
Attorney No. 06347

**CERTIFICATE OF SERVICE**

STATE OF ILLINOIS )
                               ) SS.
COUNTY OF COOK )

The undersigned, a non-attorney, certifies that she served a copy of the above and foregoing NOTICE OF FILING NOTICE OF REMOVAL to all attorneys of record, by depositing a copy of same in the United States Mail, first class postage prepaid, this 19th day of June, 2008.

                               /s/Rose Nielsen
                               I certify that the statements set forth herein are
                               true and correct.

JOHNSON & BELLL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois  60603
(312) 372-0770