# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Jessie Rocio and Claudia Rocio, Plaintiffs<br>Vs.<br>Parsec, Inc., an Ohio Corporation, by and through its authorized agents and employees, Defendant | FILED: JUNE 19, 2008<br>08CV3526<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE DENLOW<br>EAEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| NAME (Type or print)<br>Joseph R. Marconi | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Joseph R. Marconi | |
| FIRM<br>Johnson & Bell, Ltd. | |
| STREET ADDRESS<br>33 West Monroe Street, Suite 2700 | |
| CITY/STATE/ZIP<br>Chicago, IL  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>01760173 | TELEPHONE NUMBER<br>(312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |