**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JESSIE ROCIO AND CLAUDIA ROCIO,<br>                                   Plaintiffs,<br>Vs.<br><br><br>PARSEC, INC., an Ohio Corporation,<br>by and through its authorized agents<br>and employees,<br>                                   Defendant | Case No.<br><br>                **FILED: JUNE 19, 2008**<br>                **08CV3526**<br>Judge:<br>                **JUDGE GETTLEMAN**<br>Magistrate:**MAGISTRATE JUDGE DENLOW**<br>                **AEE** |

## <u>JURY DEMAND</u>

Defendant, **PARSEC, INC. an Ohio Corporation,** hereby demands a trial by jury.

          DATED:  June 19, 2008.

                              JOHNSON & BELL, LTD.


                    By:     /s/Joseph R. Marconi
                         Joseph R. Marconi, attorney for Defendant
                         Parsec, Inc., an Ohio Corporation

Joseph R. Marconi
Charlene S. Mitchell
JOHNSON & BELL, LTD.
Attorneys for Defendant
Suite 2700
33 West Monroe Street
Chicago, Illinois  60603
(312)  372-0770
Firm I.D. No.:  06347