JRM/CSM  8465-8001  06347

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JESSIE ROCIO AND CLAUDIA ROCIO, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 CV 3526 |
| | ) | |
| Vs. | ) | Judge Gettleman |
| | ) | |
| PARSEC, INC., an Ohio Corporation, | ) | Magistrate Judge Denlow |
| by and through its authorized agents | ) | |
| and employees, | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF FILING**

TO:  Edward McNabola
   Cogan & McNabola, P.C.
   55 West Wacker Drive
   9th Floor
   Chicago, IL  60601

Please take notice that on the **24th** day of **June, 2008**, Defendant, **PARSEC, INC., an Ohio Corporation**, filed with the United States District Court, for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, its **Answer**, a copy of which is attached hereto and served upon you.

                    JOHNSON & BELL, LTD.,

                    By:  s/s Joseph R. Marconi
                         Joseph R. Marconi

JOSEPH R. MARCONI
CHARLENE S. MITCHELL
JOHNSON & BELL, LTD.,
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Telephone:  (312) 0770
Attorney No. 06347

**PROOF OF SERVICE**

   The undersigned, a non-attorney, certifies that she caused to be served the attached documents upon the above-named attorneys at their respective addressed on June 24, 2008, by deposition the same in the U. S. Mail located at 33 West Monroe Street, Chicago, Illinois, 60603, proper postage prepaid and affixed thereon.

                 s/s Rose Nielsen
                 I certify that the statements set forth herein are true and correct.