JRM/CSM                               8465-8001                              06347

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JESSIE ROCIO AND CLAUDIA ROCIO, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 CV 3526 |
| | ) | |
| Vs. | ) | Judge Gettleman |
| | ) | |
| PARSEC, INC., an Ohio Corporation, | ) | Magistrate Judge Denlow |
| by and through its authorized agents | ) | |
| and employees, | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF FILING**

TO:   Edward McNabola
      Cogan & McNabola, P.C.
      55 West Wacker Drive
      9th Floor
      Chicago, IL  60601

Please take notice that on the **2nd** day of **July, 2008**, Defendant, **PARSEC, INC., an Ohio Corporation**, filed with the United States District Court, for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, its **Answer and Affirmative Defenses To Plaintiff's First Amended Complaint at Law**, a copy of which is attached hereto and served upon you.

                                              JOHNSON & BELL, LTD.,

                                              By: s/s Charlene S. Mitchell
                                                   Charlene S. Mitchell

JOSEPH R. MARCONI
CHARLENE S. MITCHELL
JOHNSON & BELL, LTD.,
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Telephone:  (312) 0770
Attorney No. 06347

**PROOF OF SERVICE**

   The undersigned, a non-attorney, certifies that she caused to be served the attached document(s) upon the above-named attorney(s) at their respective addressed on July 2, 2008, by depositing the same in the U. S. Mail located at 33 West Monroe Street, Chicago, Illinois, 60603, proper postage prepaid and affixed thereon.

                                               s/s Rose Nielsen
                                              I certify that the statements set forth
                                              herein are true and correct.