# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:  08 CV 3526

Jessie Rocio,

    v.

Parsec, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

       Plaintiff, Jessie Rocio

| | |
|---|---|
| NAME (Type or print)<br>    Edward W. McNabola | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ | |
| FIRM<br>    Cogan & McNabola, P.C. | |
| STREET ADDRESS<br>    55 W. Wacker Drive, 9th Floor, | |
| CITY/STATE/ZIP<br>    Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>    6211511 | TELEPHONE NUMBER<br>    (312) 629-2900 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [x] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [x] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [x] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [x] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ]

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I electronically filed my Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph Marconi, Esq.
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
**for Parsec, Inc.**

Charlene Mitchell, Esq.
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
**for Parsec, Inc.**

s/ Edward W. McNabola