EWM/dap          File No. 08-84

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESSE ROCIO, | ) |
|       Plaintiff, | ) |
| vs. | ) No. 08 CV 3526 |
| PARSEC, INC., an Ohio Corporation, by and through its authorized agents and employees, | ) Judge Robert Gettleman |
| | ) Magistrate: Judge Denlow |
|       Defendants. | ) |

## NOTICE OF MOTION

TO:    Charlene Mitchell, Esq., Johnson & Bell, Ltd., 33 West Monroe Street, Suite 2700, Chicago, IL 60603

PLEASE TAKE NOTICE that on the 4th day of September, 2008 at 9:15 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Judge Robert Gettleman in Room 1703 of the United States District Court, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall present the attached: **Motion to Compel and for Leave to File Second Amended Complaint at Law.**

Edward W. McNabola, Esq.
COGAN & McNABOLA, P.C.
55 West Wacker Drive, Suite 900
Chicago, IL 60601
(312) 629-2900
ARDC No. 6211511

## CERTIFICATE OF SERVICE

     Dana Petrecca, a non-attorney, hereby certifies that she caused the attached to be served upon the following counsel of record **via regular mail and via facsimile** unless otherwise indicated, this 2nd day of September, 2008.

**Notice of Motion**

                                                            /s/ Dana Petrecca  
                                                             Dana Petrecca

Charlene Mitchell, Esq.  
Johnson & Bell, Ltd.  
33 West Monroe Street  
Suite 2700  
Chicago, IL 60603