IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESSIE ROCIO,<br><br>                            Plaintiff,<br>Vs.<br><br>PARSEC, INC., an Ohio Corporation, by and through its authorized agents and employees,<br>                            Defendant | Case No. 08 CV 3526<br><br>Judge: Gettleman<br><br>Magistrate: Judge Denlow |

## ANSWER TO REQUEST TO ADMIT FACTS

Now comes the Defendant, PARSEC, INC., an Ohio Corporation, and answers the Plaintiff's Request To Admit Facts as follows:

1. The Defendant, PARSEC, INC., is not claiming that any defect, inadequacy or problem with the crane or any other product caused or contributed to the incident of September 6, 2007.

ANSWER: The Defendant admits that it is not claiming that any defect, inadequacy or problem with the crane caused or contributed to the incident of September 6, 2007. The Defendant cannot admit or deny whether any defect, inadequacy or problem with any other product, such as the chassis pins or the Freightliner truck at issue, caused or contributed to the incident on September 6, 2007, as the Defendant lacks such knowledge and/or information.

2. The Defendant, PARSEC, INC., is not claiming that any problem, inadequacy or defect at the job site caused or contributed to the incident of September 6, 2007.

ANSWER: The Defendant admits that it is not claiming that any problem, inadequacy or defect specific to the job site caused or contributed to the incident of September 6, 2007.

Parsec, Inc., an Ohio Corporation,

By: _____
Anne M. Tooley
Director of Risk Management