JRM/CSM                          8465-8001                        06347

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JESSIE ROCIO AND CLAUDIA ROCIO, ) | |
| ) | |
| Plaintiffs, ) | Case No. 08 CV 3526 |
| ) | |
| Vs. ) | Judge Gettleman |
| ) | |
| PARSEC, INC., an Ohio Corporation, ) | Magistrate Judge Denlow |
| by and through its authorized agents ) | |
| and employees, ) | |
| ) | |
| Defendant ) | |

### NOTICE OF FILING

TO:     Edward McNabola
         Cogan & McNabola, P.C.
         55 West Wacker Drive
         9th Floor
         Chicago, IL 60601

Please take notice that on the **5th** day of **September, 2008**, Defendant, **PARSEC, INC., an Ohio Corporation**, filed with the United States District Court, for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, its **Answer To Request To Admit Facts**, a copy of which is attached hereto and served upon you.

                                       JOHNSON & BELL, LTD.,

                               By:   s/s Charlene S. Mitchell
                                       Charlene S. Mitchell

JOSEPH R. MARCONI
CHARLENE S. MITCHELL
JOHNSON & BELL, LTD.,
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Telephone: (312) 0770
Attorney No. 06347

### PROOF OF SERVICE

The undersigned, a non-attorney, certifies that she caused to be served the attached document(s) upon the above-named attorney(s) at their respective addressed on September 5, 2008, by deposition the same in the U. S. Mail located at 33 West Monroe Street, Chicago, Illinois, 60603, proper postage prepaid and affixed thereon.

                                        s/s Rose Nielsen
                                       I certify that the statements set forth
                                       herein are true and correct.